UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62572-CIV-MARRA

DANIEL LUGO,

    Plaintiff,

vs.

LEONARD ASSOCIATES, INC.,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal With Prejudice [DE 15]. Having considered the submission, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this Cause be, and the same is, hereby DISMISSED with prejudice, with each party to bear his or its own attorneys' fees, costs, and expenses. Fed. R. Civ. P. 41(a). Any pending motions are denied as moot. This case is **CLOSED**. The Court shall retain jurisdiction to enforce the terms of the settlement agreement, if necessary.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 12th day of March, 2012.

                                                        _____
                                                        KENNETH A. MARRA
                                                        United States District Judge

copies to:

All counsel of record